IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| REBECCA MOORE | * |
|     Plaintiff | * |
| v. | *  CIVIL NO. JKB-12-1486 |
| FRANKLIN COLLECTION SERVICE, INC. | * |
|     Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In light of the voluntary dismissal by Plaintiff of Defendant on October 2, 2012 (ECF No. 5), with the dismissal accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to close the case.

DATED this ___ day of October, 2012.

BY THE COURT:

James K. Bredar
United States District Judge